| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:08-CV-0026-WKW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $6,676; $39,890; $2,696 & $40,050 IN UNITED STATES CURRENCY | COMPLAINT, NOTICE & WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

BREAKALA FELDER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

985 NORTH PARK AVENUE - DOTHAN, ALABAMA 36303

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 3 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Asset Identification No. 07-DEA-488344, 07-DEA-488352, 07-DEA-484488, 07-DEA-484489

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280    DATE: 01/10/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk H. Chavers | Date 1/17/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 02/05/08    Time: 17:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 90.00 | 57.72 | | 147.72 | | | |

REMARKS:
119 mi - 2/5/2008. SUBJECT DOES NOT LIVE AT THIS ADDRESS.
Returned Unexecuted

RETURNED AND FILED
FEB 27 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED    FORM USM 285 (Rev. 12/15/80)

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:08-CV-0026-WKW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $6,676; $39,890; $2,696 & $40,050 IN UNITED STATES CURRENCY | COMPLAINT, NOTICE & WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MARY BIVENS

ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*

1307 CARVER DRIVE - DOTHAN, ALABAMA 36303

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

- Number of process to be served with this Form - 285: 3
- Number of parties to be served in this case:
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Asset Identification No. 07-DEA-488344, 07-DEA-488352, 07-DEA-484488, 07-DEA-484489

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 01/10/08

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk: K. Chavers | Date 1/17/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

Name and title of individual served *(If not shown above)*.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

1307 CARVER DR., DOTHAN, AL DOES NOT EXIST.

Date of Service: 2/5/08
Time: am/pm

Signature of U.S. Marshal or Deputy: K. Chavers for James Alston

| Service Fee $97.00 | Total Mileage Charges (including endeavors) 118.34 | Forwarding Fee | Total Charges $236.68 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:
122 mi
2/5/2008 THERE IS NO DWELLING LOCATED AT 1307 CARVER DRIVE. TWO GAS MAINS COME OUT OF THE GROUND AT THAT ADDRESS, BUT THERE IS NO STRUCTURE.
MARY'S SISTER LIVES AT 504 WEST BURDESHAW. A NEIGHBOR SAID MARY BIVENS LIVES IN MIDLAND CITY.
504 WEST BURDESHAW. Returned Unexecuted

RETURNED AND FILED
FEB 27 2008
CLERK
U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED — FORM USM 285 (Rev. 12/15/80)