```
        IN THE DISTRICT COURT OF THE UNITED STATES
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:08cv26-WKW |
| ) | |
| SIX THOUSAND SIX HUNDRED ) | |
| SEVENTY SIX ($6,676) DOLLARS ) | |
| IN UNITED STATES CURRENCY; ) | |
| ) | |
| THIRTY NINE THOUSAND EIGHT ) | |
| HUNDRED NINETY ($39,890) ) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY; ) | |
| ) | |
| TWO THOUSAND SIX HUNDRED ) | |
| NINETY SIX ($2,696) DOLLARS ) | |
| IN UNITED STATES CURRENCY; ) | |
| ) | |
| and, ) | |
| ) | |
| FORTY THOUSAND FIFTY ($40,050)) | |
| DOLLARS IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
|     DEFENDANTS. ) | |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 17, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct this 4th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

Attachment 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
## COURT CASE NUMBER: 1:08CV00026-WKW; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

$39,890.00 U.S. Currency (07-DEA-484488), which was seized from Richard Lavon Durr on April 20, 2007 at 1908 S. Brannon Stand Road, located in Dothan, AL

$6,676.00 U.S. Currency (07-DEA-484489), which was seized from Richard Lavon Durr on April 20, 2007 at 1908 S. Brannon Stand Road, located in Dothan, AL

$2,696.00 U.S. Currency (07-DEA-488344), which was seized from Richard Lavon Durr on July 29, 2007 at 1314 Cambridge Drive, located in Dothan, AL

$40,050.00 U.S. Currency in Safe Deposit Box #1299, Wachovia Bank (07-DEA-488352), which was seized from Richard Lavon Durr on July 30, 2007 at Wachovia Bank, 293 Andrews Avenue, located in Ozark, AL

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (January 17, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, One Church Street, Montgomery, AL 36104, and copies of each served upon Assistant United States Attorney John T. Harmon, 131 Clayton Street, Post Office Box 197 (36101), Montgomery, AL 36104, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 17, 2008 and February 15, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $6,676; $39,890; $2,696 & $40,050 in U.S. Currency
**Court Case No:**     1:08CV00026-WKW
**For Asset ID(s):**    See Attached Asset List

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/17/2008 | 23.5 | Verified |
| 2 | 01/18/2008 | 23.6 | Verified |
| 3 | 01/19/2008 | 23.5 | Verified |
| 4 | 01/20/2008 | 23.7 | Verified |
| 5 | 01/21/2008 | 23.7 | Verified |
| 6 | 01/22/2008 | 23.6 | Verified |
| 7 | 01/23/2008 | 23.6 | Verified |
| 8 | 01/24/2008 | 23.3 | Verified |
| 9 | 01/25/2008 | 23.4 | Verified |
| 10 | 01/26/2008 | 22.5 | Verified |
| 11 | 01/27/2008 | 23.6 | Verified |
| 12 | 01/28/2008 | 23.6 | Verified |
| 13 | 01/29/2008 | 23.5 | Verified |
| 14 | 01/30/2008 | 23.5 | Verified |
| 15 | 01/31/2008 | 23.6 | Verified |
| 16 | 02/01/2008 | 23.5 | Verified |
| 17 | 02/02/2008 | 23.7 | Verified |
| 18 | 02/03/2008 | 23.3 | Verified |
| 19 | 02/04/2008 | 23.6 | Verified |
| 20 | 02/05/2008 | 23.4 | Verified |
| 21 | 02/06/2008 | 23.6 | Verified |
| 22 | 02/07/2008 | 23.6 | Verified |
| 23 | 02/08/2008 | 23.6 | Verified |
| 24 | 02/09/2008 | 23.2 | Verified |
| 25 | 02/10/2008 | 23.4 | Verified |
| 26 | 02/11/2008 | 23.6 | Verified |
| 27 | 02/12/2008 | 23.5 | Verified |
| 28 | 02/13/2008 | 23.3 | Verified |
| 29 | 02/14/2008 | 23.3 | Verified |
| 30 | 02/15/2008 | 23.7 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Tommie Brown Hardwick in the Middle District of Alabama at (334) 223-7280.

**Asset List**

Assets published beginning on January 17, 2008 for Court Case No 1:08CV00026-WKW

| Asset ID | Asset Description |
| --- | --- |
| 07-DEA-484488 | $39,890.00 U.S. Currency |
| 07-DEA-484489 | $6,676.00 U.S. Currency |
| 07-DEA-488344 | $2,696.00 U.S. Currency |
| 07-DEA-488352 | $40,050.00 U.S. Currency in Safe Deposit Box #1299, Wachovia Bank |