IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | ) CIVIL ACTION NO. 1:08cv26-WKW |
| | ) |
| SIX THOUSAND SIX HUNDRED SEVENTY SIX ($6,676) DOLLARS IN UNITED STATES CURRENCY; | ) |
| | ) |
| THIRTY NINE THOUSAND EIGHT HUNDRED NINETY ($39,890) DOLLARS IN UNITED STATES CURRENCY; | ) |
| | ) |
| TWO THOUSAND SIX HUNDRED NINETY SIX ($2,696) DOLLARS IN UNITED STATES CURRENCY; | ) |
| | ) |
| and, | ) |
| | ) |
| FORTY THOUSAND FIFTY ($40,050) DOLLARS IN UNITED STATES CURRENCY, | ) |
| | ) |
|    Defendants. | ) |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Tommie Brown Hardwick, and enters her notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this 4th day of March, 2008.

```
                              LEURA G. CANARY
                              UNITED STATES ATTORNEY


                              /s/Tommie Brown Hardwick
                              TOMMIE BROWN HARDWICK
                              Assistant United States Attorney
                              Bar Number: ASB4152 W86T
                              131 Clayton Street
                              Montgomery, Alabama 36104
                              Phone: (334) 223-7280
                              Fax: (334) 223-7135
                              E-mail: tommie.hardwick@usdoj.gov
```

1