IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA, *
\*
    Plaintiff, *
vs. * Case No: 1:08-CV-0026-WKW
\*
SIX THOUSAND SIX HUNDRED *
SEVENTY SIX ($6,676) DOLLARS *
IN UNITED STATES CURRENCY; *
et al, *
\*
    Defendants. *

## CLAIM

*NOW COMES* Richard Lavon Durr and demands restitution of Defendant Six Thousand Six Hundred Seventy Six Dollars ($6,676) seized on or about April 20, 2007, Defendant Thirty Nine Thousand Eight Hundred Ninety Dollars ($39,890) seized on or about April 20, 2007, Defendant Two Thousand Six Hundred Ninety Six Dollars ($2,696) seized on or about July 29, 2007; and Defendant Forty Thousand Fifty Dollars ($40,050) seized on or about July 30, 2007, in or near Dothan, Houston County, Alabama, by virtue of his claim of ownership.

Claimant also designates Derek E. Yarbrough, Attorney At Law, Motley, Motley & Yarbrough, LLC, Dan Clemmons Building, 117 East Main Street, Dothan, Alabama 36301, as his attorney authorized to represent his interests in this cause.

State of Alabama
County of Houston

I, Richard Lavon Durr, sign my name to this instrument this 25th day of February, 2008, and being first duly sworn, do hereby declare to the undersigned authority that I make this claim based upon my own knowledge, information and belief, that I have reviewed the same and execute it as my free and voluntary act for the purpose therein expressed, and that I am 18 years of age or older, of sound mind, and under no constraint or undue influence.

*Richard Durr*
**Richard Lavon Durr**

Subscribed, sworn to and acknowledged before me on this 25th day of February, 2008.

*Katherine A Thrap-Mins*
**Notary Public**
MCE: 6-2-09

Respectfully submitted,

s/ Derek E. Yarbrough
**Derek E. Yarbrough**
Bar Number: ASB-6664-R63D
**Attorney for Claimant Durr**
Motley, Motley & Yarbrough, LLC
Dan Clemmons Building
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
E-mail: motley@graceba.net

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | * |
| vs. | * Case No: 1:08-CV-0026-WKW |
| | * |
| SIX THOUSAND SIX HUNDRED SEVENTY SIX ($6,676) DOLLARS IN UNITED STATES CURRENCY; et al, | * |
| | * |
| | * |
| | * |
| | * |
| Defendants. | * |

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2008, the foregoing Claim was filed on behalf of Claimant Richard Lavon Durr with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

**Leura G. Canary**
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
334-223-7280
Facsimile 334-223-7560
leura.canary@usdoj.gov

**John T. Harmon**
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
334-223-7280
Facsimile 334-223-7560
john.harmon@usdoj.gov

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants:

None

s/ Derek E. Yarbrough
**Derek E. Yarbrough**
**Attorney for Claimant Durr**
Motley, Motley & Yarbrough, LLC
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
E-mail: motley@graceba.net