| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *J.R.O'Claire*    ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )   C. Date of Delivery<br>*J.R.O'Claire*    1-30-08 |
| 1. Article Addressed to:<br><br>Dothan Eagle<br>P.O. Box 1968<br>Dothan, AL 36302<br>ATTN: Legal Ad Department | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number   7001 1140 0001 8579 7216 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form* |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>1:08-CV-0026-WKW |
|---|---|
| DEFENDANT<br>$6,767; $39,890; $2,696 & $40,050 IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>NOTICE OF ARREST AND SEIZURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DOTHAN EAGLE

ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)*
POST OFFICE BOX 1968 - DOTHAN, ALABAMA 36302

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

Asset Identification No. 07-DEA-488344 ($2,696)
07-DEA-488352 ($40,050)
07-DEA-484488 ($39,890)
07-DEA-484489 ($6,676)

PUBLISH ONCE WEEKLY FOR THREE CONSECUTIVE WEEKS

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 1/10/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date 1/17/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

Name and title of individual served *(If not shown above)*:

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: RETURNED AND FILED MAR 25 2008

Date of Service: 3/25/08
Time: 10:05 am
Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee<br>45.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 1/28/08 C.M. # 7001 1140 0001 8579 7216
1/31/08 Received green card signed "J.R. O'Claire"
Published 1/31, 2/7, 2/14/08
3/24/08 Rcvd ad, paid invoice 3/25/08

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)

# LEGAL AFFIDAVIT
# STATE OF ALABAMA
# HOUSTON COUNTY

RECEIVED

2008 FEB 20 P 1:11

Legal: L14625

Amount: $ 1,248.00

Before me, the undersigned authority in and for said County in said State personally appeared **Alice Trawick** to me and who being by me first duly sworn, deposed and says that she is **Legal Supervisor** of The Dothan Eagle, a newspaper published at Dothan, in Houston County, Alabama and that a copy of the attached advertisement appeared once a week for _3_ successive week(s), on the following dates:

Jan. 31, Feb 7, 14, 2008

in The Dothan Eagle, which said The Dothan Eagle has a general circulation in the County in which it is published and has been mailed under the second class mailing privileges of the United States Post Office Department from the post office where it is published for more than fifty-two (52) consecutive weeks prior to this publication.

_/s/ Alice Trawick_

Sworn to and subscribed before me on this 19 day of February, 2008

_/s/ Misty Webb_
**NOTARY PUBLIC**       My Commission
                        Expires April 24, 2011

**My Commission Expires**

---

IN THE UNITED STATES
DISTRICT COURT
FOR THE MIDDLE
DISTRICT OF ALABAMA
SOUTHERN DIVISION

CIVIL ACTION NO.
1:08cv26-WKW

UNITED STATES OF
AMERICA,
PLAINTIFF

v.

SIX THOUSAND SIX HUN-
DRED SEVENTY SIX ($6,676)
DOLLARS
IN UNITED STATES CUR-
RENCY;

THIRTY NINE THOUSAND
EIGHT HUNDRED NINETY ($3-
9,890
DOLLARS IN UNITED
STATES
CURRENCY;

TWO THOUSAND SIX
HUNDRED NINETY SIX ($2,696) DOL-
LARS
IN UNITED STATES CUR-
RENCY;

and,

FORTY THOUSAND
FIFTY ($40,050))
DOLLARS IN UNITED
STATES)
CURRENCY,
DEFENDANTS.

**NOTICE OF ARREST AND SEIZURE**

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued a Warrant of Arrest In Rem for the forfeiture of the Defendant currency, which was seized from Richard Durr on April 20, 2007, July 29, 2007, and July 30, 2007, in Houston County, Alabama.

Any person claiming an interest in the Defendant currency must file a claim asserting that interest, in the manner set forth in 18 U.S.C. 983(a)(4)(A) and Supplemental Rule G(5), such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint or as otherwise specified by Supplemental Rule G(5). In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Church Street, Montgomery, Alabama 36104, with a copy thereof sent to:
John T. Harmon,
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. 1602-1619, and 21 1316.71-1316.81.
All persons and entities who have an interest in the Defendant currency may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Par