# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| Plaintiff. | * | |
| vs. | * | Case No: 1:08-CV-0026-WKW |
| | * | |
| **SIX THOUSAND SIX HUNDRED** | * | |
| **SEVENTY SIX ($6,676) DOLLARS** | * | |
| **IN UNITED STATES CURRENCY;** | * | |
| **et al,** | * | |
| | * | |
| Defendants. | * | |

## ENTRY OF APPEARANCE

*COMES NOW* the undersigned attorney and hereby enters his appearance as retained counsel of record for Claimant Richard Lavon Durr in the above-styled cause. The provisions limiting the period of the undersigned's employment are that the said attorney is retained to represent the Claimant through the trial of this case only.

> **s/ Derek E. Yarbrough**
> **Derek E. Yarbrough**
> Bar Number: ASB-6664-R63D
> **Attorney for Claimant**
> Motley, Motley & Yarbrough, LLC
> Dan Clemmons Building
> 117 East Main Street
> Dothan, Alabama 36301
> Telephone: (334) 793-0051
> Fax: (334) 793-9845
> E-mail: motley@graceba.net

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| Plaintiff. | * | |
| vs. | * | Case No: 1:08-CV-0026-WKW |
| | * | |
| **SIX THOUSAND SIX HUNDRED SEVENTY SIX ($6,676) DOLLARS IN UNITED STATES CURRENCY; et al,** | * * * * | |
| | * | |
| Defendants. | * | |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 28, 2008, the foregoing was filed on behalf of Claimant Richard Lavon Durr with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Tommie Brown Hardwick**
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Telephone:  334-223-7280
Facsimile: 334-223-7560
tommie.hardwick@usdoj.gov

**John T. Harmon**
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone:  334-223-7280
Facsimile: 334-223-7560
john.harmon@usdoj.gov

and a copy has been mailed by United States Postal Service to the following non-CM/ECF participants: None

                                              **s/ Derek E. Yarbrough**
                                              **Derek E. Yarbrough**