IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff. | * |
| vs. | * Case No: 1:08-CV-0026-WKW |
| | * |
| SIX THOUSAND SIX HUNDRED | * |
| SEVENTY SIX ($6,676) DOLLARS | * |
| IN UNITED STATES CURRENCY; | * |
| et al, | * |
| | * |
| Defendants. | * |

## MOTION TO SEAL DOCUMENT

*COMES NOW* Claimant Richard Lavon Durr, by and through his undersigned attorney and respectfully files this motion seeking an Order that will seal the Consent To Judgment of Forfeiture dated April 28, 2008, which has been filed with the Clerk of the Court by United States mail, stating that the terms, conditions and supporting averments set forth in the document as to the plea agreement reached with the State law enforcement authorities include sensitive material which should be protected from public access for the Claimant's safety and the integrity of the State plea agreement.

*Respectfully submitted,*

_____
**Derek E. Yarbrough**
Bar Number: ASB-6664-R63D
**Attorney for Claimant**
Motley, Motley & Yarbrough, LLC
Dan Clemmons Building
117 East Main Street
Dothan, Alabama 36301
Telephone: (334) 793-0051
Fax: (334) 793-9845
E-mail: motley@graceba.net

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff. | * | |
| vs. | * | Case No: 1:08-CV-0026-WKW |
| | * | |
| SIX THOUSAND SIX HUNDRED | * | |
| SEVENTY SIX ($6,676) DOLLARS | * | |
| IN UNITED STATES CURRENCY; | * | |
| et al, | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, the foregoing was mailed by United States Mail to the Clerk of the United States District Court for the Middle District of Alabama at P.O. Box 711, Montgomery, Alabama 36101-0711, but **was not served upon the following counsel for the Government pending a ruling upon the Motion To Seal Document:**

**Tommie Brown Hardwick**
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
tommie.hardwick@usdoj.gov

**John T. Harmon**
U.S. Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197
Telephone: 334-223-7280
Facsimile: 334-223-7560
john.harmon@usdoj.gov

_____
Derek E. Yarbrough
Attorney for Claimant Richard Lavon Durr