# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| | * | |
| Plaintiff. | * | |
| vs. | * | Case No: 1:08-CV-0026-WKW |
| | * | |
| **SIX THOUSAND SIX HUNDRED** | * | |
| **SEVENTY SIX ($6,676) DOLLARS** | * | |
| **IN UNITED STATES CURRENCY;** | * | |
| **et al,** | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

*COMES NOW* Claimant Richard Lavon Durr, and in accordance with the Court's standing Conflict Disclosure Order, states that there are no parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities with which Claimant is associated, and none of which he believes could potentially pose a financial or professional conflict for a judge in this case.

        **MOTLEY, MOTLEY & YARBROUGH, LLC**

        **s/ Derek E. Yarbrough**
        **Derek E. Yarbrough**
        **ASB 6664-R63D**
        Attorney for Richard Lavon Durr
        Dan Clemmons Building
        117 East Main Street
        Dothan, Alabama 36301
        Telephone:  (334) 793-0051 facsimile 793-9845
        E-mail: motley@graceba.net

## CERTIFICATE OF SERVICE

      I certify that on May 5, 2008, Richard Lavon Durr filed his Conflict Disclosure Statement in this case with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Tommie Brown Hardwick** | **John T. Harmon** |
| U.S. Attorney's Office | U.S. Attorney's Office |
| P.O. Box 197 | P.O. Box 197 |
| Montgomery, AL 36101-0197 | Montgomery, Alabama 36101-0197 |
| Telephone:  334-223-7280 | Telephone:  334-223-7280 |
| Facsimile: 334-223-7560 | Facsimile: 334-223-7560 |
| tommie.hardwick@usdoj.gov | john.harmon@usdoj.gov |

and I hereby certify the document was mailed using the United States Postal Service to the following non-CM/ECF participants: None

                    **s/Derek E. Yarbrough**
                    **Derek E. Yarbrough**
                    117 East Main Street
                    Dothan, Alabama 36301
                    Telephone:  (334) 793-0051
                    Fax: (334) 793-9845
                    E-mail: motley@graceba.net