IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 MAY -8 A 9: 38

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv26-WKW |
| SIX THOUSAND SIX HUNDRED SEVENTY SIX ($6,676) DOLLARS IN UNITED STATES CURRENCY; | ) | |
| THIRTY NINE THOUSAND EIGHT HUNDRED NINETY ($39,890) DOLLARS IN UNITED STATES CURRENCY; | ) | |
| TWO THOUSAND SIX HUNDRED NINETY SIX ($2,696) DOLLARS IN UNITED STATES CURRENCY; | ) | |
| and, | ) | |
| FORTY THOUSAND FIFTY ($40,050) DOLLARS IN UNITED STATES CURRENCY, | ) | |
| Defendants. | ) | **FILED UNDER SEAL** |

## MOTION TO SEAL DOCUMENT

Comes now the United States of America by and through Leura G. Canary, United States Attorney and Tommie Brown Hardwick, Assistant United States Attorney, both for the Middle District of Alabama, and request that the attached motion be filed under seal based upon the previous document filed by Claimant Richard Lavon Durr. (Doc. #15).

Respectfully submitted on this 8th day of May 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY
>
>/s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney
>Bar Number: ASB4152 W86T
>131 Clayton Street
>Montgomery, Alabama 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, a true and correct copy of the foregoing motion was mailed postage prepaid to the following counsel of record for Richard Lavon Durr:

Derek Evan Yarbrough
Motley, Motley & Yarbrough
117 East Main Street
Dothan, AL 36301

>Respectfully submitted,
>
>/s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney