IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-0026-WKW |
| ) | |
| SIX THOUSAND SIX HUNDRED ) | |
| SEVENTY-SIX ($6,676) DOLLARS ) | |
| IN UNITED STATES ) | |
| CURRENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the pending motions before the court, it is ORDERED that:

1. The Government's Motion to Seal Document (Doc. # 19) is GRANTED;

2. The Government's Motion for an Extension of Time (Doc. # 20) is GRANTED and the deadline for filing a proposed decree of forfeiture is extended to **on or before June 30, 2008**;

3. This order and the court's previous order (Doc. # 16) of May 2, 2008, shall be placed UNDER SEAL.

DONE this 12th day of May, 2008.

                                            /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE