IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:08cv26-WKW |
| | ) | |
| SIX THOUSAND SIX HUNDRED SEVENTY SIX ($6,676) DOLLARS IN UNITED STATES CURRENCY; | ) ) ) ) | |
| THIRTY NINE THOUSAND EIGHT HUNDRED NINETY ($39,890) DOLLARS IN UNITED STATES CURRENCY; | ) ) ) ) ) | |
| TWO THOUSAND SIX HUNDRED NINETY SIX ($2,696) DOLLARS IN UNITED STATES CURRENCY; | ) ) ) ) | |
| and, | ) ) | |
| FORTY THOUSAND FIFTY ($40,050) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) ) | |
| Defendants. | ) | **FILED UNDER SEAL** |

## MOTION TO SEAL DOCUMENT

Comes now the United States of America by and through Leura G. Canary, United States Attorney and Tommie Brown Hardwick, Assistant United States Attorney, both for the Middle District of Alabama, and request that the attached motion for decree of forfeiture and proposed decree of forfeiture be filed under seal based upon document number 15 filed by Claimant Richard Lavon Durr.

Respectfully submitted on this 1st day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, a true and correct copy of the foregoing motion was mailed postage prepaid to the following counsel of record for Claimant Richard Lavon Durr:

Derek Evan Yarbrough
Motley, Motley & Yarbrough
117 East Main Street
Dothan, Alabama 36301.

Respectfully submitted,

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney